IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LARRY GILLASPY AND CONNIE SCORZA,
individually and as Husband and Wife,
RAYMOND G. VAUGHAN and VICKIE
VAUGHAN, Individually and has Husband and Wife,

    Plaintiffs,

v.                                                                            CV 06-284 MV/CEG

TOWN OF SILVER CITY, ET AL.

    Defendants.

### ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT CAROL S. THOMPSON

**THIS MATTER** having come before the Court on *Plaintiffs' Motion to Compel Discovery from Defendant Carol S. Thompson, DBA Thompson Realty/Century 21 (Doc. 126)* and the Court having considered the arguments of the parties contained in Plaintiffs' motion, Defendant's response and Plaintiffs' reply, the Court finds that Defendant's responses to the interrogatories provide sufficient detail and that Plaintiff is not entitled to the privileged information in Requests for Production 1, 3 and 5.  Further, the Court finds that Requests for Production numbers 2, 4, 7, 8, 9 and 11 are not at issue in that Defendants have agreed to provide the information requested.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Discovery from Defendant Carol S. Thompson, DBA Thompson Realty/Century 21 is denied.

IT IS FURTHER ORDERED that Defendant shall provide within ten days, the documents referenced in Requests for Production 2, 4, 7, 8, 9 and 11.

_____
UNITED STATES MAGISTRATE JUDGE